TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00180-CV

Ernest De Paoli; Managed Dental Care Centers, Inc.; and

Twilight Dental Care, P.C.
, Appellants

v.

Jeffrey S. Atherton, D.D.S., Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT

NO. 97-13894, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING 

PER CURIAM

 Ernest De Paoli; Managed Dental Care Centers, Inc.; and Twilight Dental Care,
P.C. and Jeffrey S. Atherton, D.D.S. have filed a Joint Motion to Set Aside Judgment Pursuant
to Settlement. We grant the motion and, accordingly, it is ordered that the district court's
judgment, signed January 8, 1999, against appellants, Ernest De Paoli; Managed Dental Care
Centers, Inc.; and Twilight Dental Care, P.C., be set aside in its entirety, and that the cause be
remanded to the district court of Travis County, Texas, for the purpose of entering orders
consistent with the parties' settlement.

Before Justices Jones, B. A. Smith and Yeakel

Reversed and Remanded on Joint Motion

Filed: August 26, 1999

Do Not Publish